UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RAMON JAQUEZ, on behalf of himself and all   :
others similarly situated,                              :          20 Civ. 7121 (LGS)
                                   Plaintiff,          :
                                                            :                  ORDER
                    -against-                         :
                                                            :
SPECIALTY HOME SHOPPING (US     :
MARKETING), LLC,                                :
                                                            :
                                  Defendant      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order, dated September 23, 2020 (Dkt. No. 8), required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

  WHEREAS, the initial pretrial conference is scheduled for November 5, 2020, at 11:00 a.m.;

  WHEREAS, on September 21, 2020, Defendant requested an extension of time to answer, move or otherwise respond to the Complaint, which was granted on September 22, 2020 (Dkt. Nos. 5, 6);

  WHEREAS, counsel for Defendant has not appeared in this case;

  WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

  **ORDERED** that the parties shall file the joint letter and proposed case management plan

as soon as possible and no later than **noon on Monday, November 2, 2020**.  It is further

**ORDERED** that by **November 2, 2020**, counsel for Defendant shall enter an appearance in this case.

Dated: October 30, 2020
      New York, New York

                                           **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**